IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN LLOYD,

    Plaintiff,

v.

THOMAS POKORNY, et al,

    Defendants.

CIVIL ACTION
NO. 19-4386

## ORDER

**AND NOW**, this 4th day of May, 2020, upon review of all pending motions in this matter, as well as all oppositions and replies filed thereto, it is hereby **ORDERED** as follows:

1. All pending motions in this matter are **DENIED** as moot;

2. Pursuant to 28 U.S.C. § 1406(a), it is in the interest of justice that this case be **TRANSFERRED** to the United States District Court for the Southern District of Ohio;

3. **Mindful of the Clerk of Court's current inability to mail this Order and accompanying Memorandum to** *pro se* **litigants who have not provided the Clerk with an email address, Defendants' counsel Ammar S. Wasfi, Esq., shall, by no later than May 7, 2020, send a copy of the Court's Order and accompanying Memorandum by first class mail to Plaintiff's address listed on the docket, as well as to all unrepresented Defendants;**

4. Attorney Wasfi shall file a certificate of service demonstrating compliance by no later than May 14, 2020;

5. If Attorney Wasfi receives a notice that any mailing was

**undeliverable, counsel shall immediately notify the Court;** and

      6.   The Clerk of Court shall mark this matter **CLOSED**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.